# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0427
L.T. Case No. 2010-CF-012186-A

_____

TAURICE LEONARD BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Taurice Leonard Brown, Wewahitchka, pro se.

No Appearance for Appellee.

June 17, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____